

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-17-00707-CR

John Albert **SANTOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10728
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

A majority of the *en banc* court denies John A. Santos's motion for en banc reconsideration. *See* TEX. R. APP. P. 41.2, 49.7.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

